### UNITED STATES of America, Plaintiff–Appellee,

v.

Salvador **GONZALEZ GARCIA**, a.k.a. Santos G. Lizarraga, a.k.a. Roberto Salazar Gonzalez, a.k.a. Romero Rodriguez, a.k.a. Santiago Ayala, a.k.a. Roberto R, Defendant–Appellant.

No. 10–15869

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 28, 2011.

Mark Dispoto, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Emalyn Webber, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Bruce Edward Reinhart, Bruce E. Reinhart, PA, West Palm Beach, FL, for Defendant–Appellant.

---

Before CARNES, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Bruce E. Reinhart, appointed appellate counsel for Salvador Gonzalez Garcia, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Garcia's convictions and sentences are **AFFIRMED.**